UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASASCHUSETTS

| | |
|---|---|
| UNIBANK FOR SAVINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V JESSIE RAE, et al.,<br><br>    Defendants | Civ. A. No. 10-40082 |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Pursuant to the parties' agreement for judgment, the plaintiff, UniBank for Savings, moves for entry of judgment against the defendant, Robert A. Maihos, in the amount of $210,976.95, with post-judgment interest at 6.99%, without costs (as costs are included in the judgment amount, per the agreement for judgment). A declaration and a memorandum of law in support of this motion are being filed herewith.

          Respectfully submitted,

          UNIBANK FOR SAVINGS

          By its attorney:

          /s/ Theodore J. Folkman
          Theodore J. Folkman (BBO No. 647642)
          MURPHY & KING, P.C.
          One Beacon St.
          Boston, Mass. 02108
          (617) 423-0400
          tjf@murphyking.com

Dated:  June 15, 2011

CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1, I certify that I attempted to speak with counsel for the defendant concerning this motion but was unable to do so.

/s/ Theodore J. Folkman

CERTIFICATE OF SERVICE

I certify that on June 15, 2010, I caused a true copy of this document to be served by first-class mail, postage prepaid, on:

> Richard Scimone, Esq.
> Infomercial Marketing Partners International, Inc.
> 14 Apollo 11 Road
> Plymouth, MA 02360

/s/ Theodore J. Folkman

597031